IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY HANNAH and STEPHEN HANNAH, | ) ) |
| | ) No. _____ |
| Plaintiffs, | ) |
| | ) JUDGE _____ |
| v. | ) |
| | ) MAGISTRATE JUDGE _____ |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) JURY DEMAND |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through counsel, files this Notice of Removal of this action from the Circuit County Court in Rutherford County, Tennessee, where it is now pending, to the United States District Court for the Middle District of Tennessee Nashville Division based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

**Procedural Background**

1. This action was commenced on or about July 11, 2016, by Plaintiffs' filing of the Complaint in the Rutherford County Circuit Court in Rutherford County, Tennessee, Case No. 71581A (the "Complaint"). A true and accurate copy of the Complaint is attached as Exhibit A.

2. The Complaint was served on State Farm on or about July 18, 2016, by service upon the State of Tennessee, Department of Commerce and Insurance. True and accurate copy of the summons served upon State Farm in this action is attached as Exhibit B. The Notice of

Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of breach of contract and bad faith settlement of insurance claim. (Exhibit A, Complaint, ¶¶ 35 – 54). As to damages, the Complaint seeks from State Farm an amount no less than $99,000 and no more than $100,000, prejudgment interest, and attorneys' fees and other costs pursuant to Tennessee Code Annotated § 56-7-105. (Exhibit A, Complaint).

4. The Plaintiffs are citizens and residents of Smyrna, Rutherford County, Tennessee. (Exhibit A, Complaint, ¶¶ 1 – 2).

5. State Farm is a corporate entity organized under the laws of the State of Illinois, with its principal place of business in Bloomington, Illinois.

6. The United States District Court for the Middle District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. A copy of this Notice of Removal is being served by U.S. mail on counsel for Plaintiffs, and a Notice of Filing of Notice of Removal is being filed with the Rutherford County Circuit Court in Rutherford County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit C). The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

8. State Farm demands a jury to try this case.

WHEREFORE, Defendant State Farm Mutual Automobile Insurance Company prays this Court consider the Notice of Removal as provided by law governing removal of cases to this

Court and that this Court enter the appropriate orders to effect the removal of this case from the Rutherford County Circuit Court in Rutherford County, Tennessee to this Court.

>Respectfully submitted,
>
>LEWIS THOMASON
>
>By: /s/ *Bradford D. Telfeyan*
>Bradford D. Telfeyan, BPR # 024744
>424 Church Street, Suite 2500
>P.O. Box 198615
>Nashville, TN 37219
>(615) 259-1366
>
>By: /s/ *Christopher L. Vescovo*
>Christopher L. Vescovo, BPR #014516
>Suite 2900, One Commerce Square
>40 S. Main Street
>Memphis, TN
>(901) 525-8721
>
>*Attorneys for defendant State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record by placing postage prepaid envelope in United States Mail Service, addressed to:

L. Gino Marchetti, Jr., Esq.
Keith W. Blair, Esq.
Charles Michels, Esq.
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203

This the 17th day of August, 2016.

/s/ *Bradford D. Telfeyan*