IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY HANNAH and STEPHEN HANNAH | ) ) ) | |
| Plaintiffs, | ) ) | No.: 3:16-CV-02176 |
| v. | ) ) | JUDGE ALETA TRAUGER |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) ) ) | JURY DEMAND |
| Defendant. | ) | |

**AGREED ORDER OF DISMISSAL**

It appearing to the Court, based on the signatures of counsel below, that the parties have

agreed to the dismissal of this action, with prejudice, as to any claims, demands, rights and

causes of action that have been or could have been brought in this Action. Therefore, it is hereby

ORDERED that this Action be, and the same hereby is, DISMISSED, WITH PREJUDICE.

_____
**ALETA A. TRAUGER**
**United States District Judge**

APPROVED FOR ENTRY:

TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC

BY: ___/s/*Keith W. Blair*_____
        L. Gino Marchetti, Jr. BPR#05562
        Keith W. Blair, BPR #015366
        2908 Poston Avenue
        Nashville, Tennessee 37203
        (615) 320-3225
        (615) 320-3244 fax
        Email: kblair@tpmblaw.com

*Attorneys for the Plaintiffs*

LEWIS, THOMASON, KING, KRIEG
& WALDROP, P.C.

BY: ___/s/*Christopher L. Vescovo*_____
        Christopher L. Vescovo, BPR #014516
        One Commerce Square, Suite 2900
        40 S. Main Street
        Memphis, TN  38103
        901-525-8721
        901-525-6722 fax
        Email: cvescovo@lewisthomason.com

BY: ___/s/*Bradford D. Telfeyan*_____
        Bradford D. Telfeyan, BPR #024744
        424 Church Street, Suite 2500
        P.O. Box 198615
        Nashville, TN  37219
        615-259-1366
        615-259-1389 fax
        Email: btelfeyan@lewisthomason.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

   I hereby certify that a true copy of the foregoing has been served upon the following via the Court's electronic filing system, this 11th day of May, 2017. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/*Bradford D. Telfeyan*

3